# EXHIBIT A
# (Part 3 of 3)

to it, and that inside Tinder, "no one is allowed to help with the project."

Pambakian was eager to believe all of Terrill's convoluted accusations, or at least to make me think she believed them. It didn't really matter. "I felt really bad for her, it sounded like a very scary thing for her, she said she was concerned that she was being followed, that people are hacking her devices, everywhere she goes... it sounded pretty scary." Aside from the risk of violating the terms of Tinder's settlement, Pambakian said that "another reason why I wanted everyone to stay out of it [is that it] sounds like a very dangerous position." When I asked her if she'd contacted anyone about providing a quote for Terrill, or facilitated Terrill's sourcing in any way (as Alexa Dell's text conversations and Ashley herself suggests), Pambakian categorically stated she had not: "I have not put anyone in touch or suggested anyone provide a quote." She added of Tinder: "as a company, we know not to speak to journalists."

The last time I spoke to Ashley Terrill she had fled Los Angeles, scrambling through her back door and up a steep hill behind her house with her two dogs to a spot where a getaway car was waiting for her—she was afraid to leave by the front door. At first she wouldn't tell me where she was, or if she even had a final destination—only that she'd left L.A. out of an ongoing fear for her safety. She later disclosed her new redoubt to me via email on the condition that I never publish it. The email also contained some statements for the record in oddly alternating fonts, as if she'd been copying and pasting from different sources.

The most interesting part was a denial that she'd been put up to her project by her friend at Tinder, nor been compensated for it:

> You asked if I have received any help from Tinder during this time. I have not received any help — neither monetary aid nor any other form of contribution, good or service from anyone at Tinder. During this time, I have received support (financial and otherwise) from my family and friends. On several occasions since August 18 2015, I have told my friend, Rosette Pambakian, of my situation and she has repeatedly expressed concern for my safety. However, I have not received any support or aid from her (other than her concern).
>
> I want to be clear: my pursuit of this story has been of my own volition. I pursued it because I did not feel all of the details were reported and I felt it was worth reporting.

She also said she'd only spoken to a single source within Tinder, post-settlement—even though when we first spoke, she'd told me there were more,

and while pitching her article to editors, she'd claimed "I've been tracking down and interviewing key figures." It's hard to imagine who a "key figure" in a story about Tinder would be, if not people at Tinder.

In our last phone conversation, I asked Terrill about this discrepancy. She admitted she's conducted "several off the record interviews" (she later said it was 40) with people inside the company, including "women who were on the floor when Tinder first started." Terrill denied that any of these interviews were with Sean Rad, but said "I talk to Sean all the time."

In this last conversation, I pressed Terrill on her motivations—even with no evidence that she's been paid or persuaded in the slightest to retell the Whitney Wolfe story, she's still making a very charged claim about someone from whom she has little objective distance. Why call Wolfe a liar, a year later? But Terrill was adamant that she was doing no such thing: "All I'm pointing out is there are discrepancies," she said.

But isn't "pointing out discrepancies" in someone's claim as a victim of sexual harassment and co-founder of a company more than a simple act of pointing? Terrill wouldn't cop to any larger judgment of Wolfe, or even say that she thinks Wolfe deliberately misrepresented herself in court and the media: "I think everybody does that...you [subconsciously] select the facts that work for you and deselect the facts that don't." In other words, *Hey, I'm just asking the questions*—but the questions just happen to center around the business nemesis of her friends.

Ashley Terrill is right about at least two things: "I don't think I'll ever get to the truth." No one will. Neither Tinder nor Whitney Wolfe are legally permitted to speak about what happened, and since the suit never went to trial, most of the evidence will remain hidden. She's also right that odd occurrences, "discrepancies," strange patterns—whatever—look stranger and stranger the longer you stare at them. If you spend enough time propping up one thought with what looks like data, there's no limit to what you can convince yourself is true.

The other thing she's right about was something she told me during our last chat: "I think," she said, "everybody has their own perception of what happened and what the truth is."

**Update, 11/26:** A spokesperson for Andrey Andreev sent the following statement: "On behalf of Mr. Andreev I wish to refute all of the allegations made to you by Ms. Terrill relating to Mr. Andreev. Such allegations are untrue and without foundation."

*Photos of Sean Rad, Rosette Pambakian, and Whitney Wolfe via Getty*

*Illustration by Jim Cooke*

Contact the author at biddle@gawker.com.

Public PGP key

PGP fingerprint: E93A 40D1 FA38 4B2B 1477 C855 3DEA F030 F340 E2C7

↪ Reply | 171 replies                                                                 Like  179

**Sam Biddle's Discussions**   All replies

**gawkernomore** > Sam Biddle
11/23/15 11:44am
                                                                                              119
They all deserve each other.

↪ Reply | 1 replies

**MarksMaker** > Sam Biddle
11/23/15 11:51am
                                                                                              102
How shocking, that the co-founders of what amounts to a dollar store in terms of human interaction are treating each other so cheaply...

↪ Reply | 1 replies

**Jerry-Netherland** > Sam Biddle
11/23/15 11:57am
                                                                                              68
Tinder has to be footing the bill for Terrill – and liberally. Based on all descriptions above (and her minimal public job history), it would be highly unlikely to be "hiding out" in the Beverly Wilshire (!) unless one were being funded by *very deep pockets* – like Tinder's got. She's clear to say that she isn't being financed by her friend Pambakian or any other person at Tinder – but doesn't exclude being paid by the corporation itself. After all the stories of behavioral malfeasance at Tinder, why would this be any different?

Anyway, Sam, a very interesting tale – practically begging to be made into a film. I was sad to hear they're closing out ValleyWag, because your running chronicle of this largest growing industry, all its shenanigans and growing pains was a must read. I assume you'll be continuing to follow these stories on the main page.

↪ Reply | 7 replies

**Don't drone me bro** > Sam Biddle
11/23/15 12:05pm
                                                                                              27

Document title: Tinder Confidential: The Hookup App&#39;s Founders Can&#39;t Swipe Away the Past
Capture URL: http://gawker.com/tinder-confidential-the-hookup-apps-founders-cant-swip-1733787036
Capture timestamp (UTC): Tue, 05 Apr 2016 22:46:03 GMT                                  Page 17 of 20

Whew... Scientology levels of paranoia. Paul Haggis should direct the movie version.

↪ Reply | 1 replies

**Ginga Ninja** > Sam Biddle
11/23/15 12:08pm

89

There is not a single likeable character in this entire story.

↪ Reply | 3 replies

View all 171 replies ⌄

 



**Melania Trump, On The Road To The White House In A Little Black Dress**
Read on StyleBistro ›



**Saturday Night Live's 'Full-Blown Nut Job' Donald Trump Supporter Is Too Real**
Read on Gawker ›



**The Inside Of Leonardo Dicaprio's House Is Far From What You'd Expect**
Read on Lonny ›



**Teen Who Ran Away to Join ISIS Gives Up After Realizing It's "Really Hard"**
Read on Gawker ›



**Pay Off Your House At A Furious Pace If You've Not Missed A Payment In 6 Months**

Want Gawker's email newsletter?

[Add your email address] [Subscribe]

About Blog
Need Help?
Content Guide
Permissions
Privacy
Terms of Use
Advertising
Jobs
RSS


**Donald Trump's Personal Brand Is Slowly, Excruciatingly Crumbling**
Read on Gawker ›


**Unnerving Historical Photos That Will Leave You Speechless**
Read on Your Daily Dish ›


**Omarosa's Veiled Threat: If Trump Loses Wisconsin, You Won't Have to Worry About...**
Read on Gawker ›


**Rates hit 2.75% APR (15 yr). See if you're eligible**
Read on Lending Tree ›


**11 Stars From Commercials - Who Are They Really?**
Read on Definition ›


**Forget the Big Names – These Are the Best Colleges in America**
Read on Forbes ›


**Bristol Palin Didn't Go to Harvard Law School**
Read on Gawker ›

Promoted Links by Taboola

Document title: Tinder Confidential: The Hookup App's Founders Can't Swipe Away the Past
Capture URL: http://gawker.com/tinder-confidential-the-hookup-apps-founders-cant-swip-1733787036
Capture timestamp (UTC): Tue, 05 Apr 2016 22:46:03 GMT
Page 20 of 20