```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ASHLEY TERRILL,

                Plaintiff,

        - against -                              O R D E R

GAWKER MEDIA, LLC, a Delaware limited            16 Civ. 411 (NRB)
liability company; SAM BIDDLE, an
individual; JOHN COOK, an individual;
NICHOLAS GUIDO DENTON, an individual; and
DOES 1-20,

                Defendants.
----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/18/2016

   Having reviewed the parties' pre-motion letters dated May 6, 2016, May 11, 2016, and May 12, 2016, the Court has determined that defendants may bring their motion without the necessity of a pre-motion conference.

   Plaintiff is reminded that if, consistent with Rule 11, she can assert additional allegations to cure any alleged deficiencies raised by defendants' letters, it would be in the best interest of both the parties and the Court for plaintiff to assert them now, before briefing on the proposed motion. Plaintiff is thus granted leave to file a second amended complaint within two (2) weeks of this Order. At that time, if no second amended complaint has been filed, the parties should confer on a briefing schedule agreeable

to both sides, in which no more than sixty (60) days elapse from the filing of defendants' motion to the filing of defendants' reply.

**SO ORDERED.**

Dated:  New York, New York
        May 17, 2016

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE