

132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS, CA 90212
424.203.1600 · WWW.HMAFIRM.COM

August 11, 2017

<u>**VIA ECF**</u>
The Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 1007-1312

Re:   <u>*Terrill v. Gawker Media LLc, et al.*, **16-CV-00411 (NRB**</u>**)**

Dear Judge Buchwald:

We represent the Plaintiff in the above-referenced action.

Further to the previous updates on the status of this matter, we can advise that the parties in the bankruptcy proceeding are still working out the details of a final resolution. We continue to expect that this action will soon be dismissed.

If this action remains pending in 30 days, we will provide the Court with another update.

Thank you for your consideration.

Very truly yours,

CHARLES J. HARDER Of
**HARDER MIRELL & ABRAMS LLP**

cc:   All counsel (via ECF)

{00083327;1}