

132 S. RODEO DRIVE, FOURTH FLOOR
BEVERLY HILLS, CA 90212 · 424.203.1600

488 MADISON AVENUE, EIGHTEENTH FLOOR
NEW YORK, NY 10022 · 212.799.1400

WWW.HMAFIRM.COM

September 19, 2017

**BY ECF AND FACSIMILE**
Honorable Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:  *Terrill v. Gawker Media, LLC*, *et al.*, 1:16-cv-000411 (NRB)

Dear Judge Buchwald:

    We represent the plaintiff in this action. Pursuant to our conference call with the Court last week, enclosed please find a proposed order that I am jointly submitting with defendants' counsel, Seth Berlin of Levine Sullivan Koch & Schulz. The order provides for the dismissal of the remaining defendants and treatment of plaintiff's materials in the possession of defendants' counsel. The parties respectfully request that the Court issue the proposed order.

                                      Respectfully yours,

                                      CHARLES J. HARDER Of
                              **HARDER MIRELL & ABRAMS LLC**

cc:  All counsel (via ECF)